ERIC GRANT
United States Attorney
Zachary Malinski
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:25-MJ-00145-SCR |
| Plaintiff, | STIPULATION AND ORDER REGARDING DISCOVERY MATERIAL |
| v. | |
| KARRIEM AZIZ GLASTER, | |
| Defendant. | |

## STIPULATION

Pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, the United States of America (the "government") and defendant Karriem Aziz Glaster ("Glaster" or "the defendant") by and through his attorney of record, Rachelle Barbour, stipulate as follows:

1. On October 22, 2025 the Court held a detention hearing. The Court and both parties were notified of a new police report from Rancho Cordova Police Department pertinent to this case.

2. The Court ordered the U.S. Attorney's Office to obtain more information about this new report and rescheduled the detention hearing to October 27, 2025. U.S. Pretrial Services currently possesses copies of the requested police reports.

3. Counsel for the government and for the defendant jointly request this Court to order U.S. Pretrial Services to release any police reports in its possession for the above-captioned case.

///

IT IS SO STIPULATED.

Dated:  October 23, 2025                    ERIC GRANT
                                            United States Attorney

                                            /s/ *Zachary Malinski*
                                            Zachary Malinski
                                            Assistant United States Attorney


Dated:  October 23, 2025                    /s/ *Rachelle Barbour*
                                            Rachelle Barbour
                                            Counsel for Defendant
                                            KARRIEM AZIZ GLASTER


### ORDER

Based upon the agreement of the parties and pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, the Court adopts the proposed stipulation regulating certain discovery in this case. IT IS HEREBY ORDERED that U.S. Pretrial Services provide the discovery items described in the stipulation to parties for the government and defendant.

Dated:  October 23, 2025

                                            _____
                                            CAROLYN K. DELANEY
                                            UNITED STATES MAGISTRATE JUDGE