HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
KARRIEM AZIZ GLASTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> KARRIEM AZIZ GLASTER, <br><br> Defendant. | Case No: 2:25-mj-00145-SCR <br><br> STIPULATION AND ORDER TO MODIFY PRETRIAL CONDITION <br><br> Duty Magistrate Judge Hon. Carolyn K. Delaney |

IT IS HEREBY STIPULATED and requested by and between the parties through their respective counsel, Zachary Malinski, Assistant United States Attorney, attorney for the UNITED STATES, and Rachelle Barbour, attorney for Defendant KARRIEM AZIZ GLASTER, that the following modification be entered by the Court to Mr. Glaster's pretrial release conditions. Mr. Glaster was released this morning on the conditions imposed yesterday in Court. It has come to Defense counsel's attention that Mr. Glaster's father, Willie Glaster, has a "smart" TV in the home that is extremely large, and that Willie Glaster plans to disconnect from the Internet, which has a password that Karriem Glaster will not have access to. Thus disconnected from the Internet, this "smart" TV will no longer be an internet device, and may be used simply with cable. The Defense has consulted with Pretrial Services and the Government in this matter.

The parties propose that condition 19 include the following addition:

"The defendant's father is permitted to keep one 85-inch Smart TV, with the wi-fi disabled."

Modification of Pretrial Condition – Glaster           1

Pretrial Services has no objection to this request. There is no surety in this case other than Karriem Glaster. Mr. Glaster's mother is the third-party custodian, who was present in Court yesterday to be questioned by the Court. The parties submit this matter to the Court quickly because Mr. Glaster and his father are traveling back to the apartment now, and the large TV is in the apartment. Should the Court require the mother's signature, Defense counsel will obtain that signature as soon as possible and file it in connection with this stipulation.

Date: October 29, 2025

        HEATHER E. WILLIAMS
        Federal Defender

        /s/ Rachelle Barbour
        RACHELLE BARBOUR
        Attorney for Defendant
        KARRIEM AZIZ GLASTER

Date: October 29, 2025        ERIC GRANT
        United States Attorney

        /s/ Zachary Malinski
        ZACHARY MALINSKI
        Assistant U.S. Attorney
        Attorney for the United States

O R D E R

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order and modifies condition 19 as set forth above.

Dated: October 29, 2025

        CAROLYN K. DELANEY
        UNITED STATES MAGISTRATE JUDGE