UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
October 28, 2025
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:25-mj-0145 SCR |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| KARRIEM AZIZ GLASTER | |
| Defendant. | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release KARRIEM AZIZ GLASTER Case No. 2:25-mj-0145 SCR Charges 21 USC § 2252A(a)(1) from custody for the following reasons:

      Release on Personal Recognizance

      Bail Posted in the Sum of $ _____

          Unsecured Appearance Bond $ _____

          Appearance Bond with 10% Deposit

          Appearance Bond with Surety

          Corporate Surety Bail Bond

**x**    (Other): Release DELAYED until 10/29/2025 at 8:30 AM

Issued at Sacramento, California on October 28, 2025 at 2:15 PM

          By:   /s/ Carolyn K. Delaney
          Chief Magistrate Judge Carolyn K. Delaney