HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
KARRIEM AZIZ GLASTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No:  2:25-mj-00145-SCR |
|---|---|---|
| Plaintiff, | ) | |
| | ) | SECOND STIPULATION AND ORDER TO |
| vs. | ) | MODIFY PRETRIAL CONDITION |
| | ) | |
| KARRIEM AZIZ GLASTER, | ) | Duty Magistrate Judge Hon. Carolyn K. Delaney |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED and requested by and between the parties through their respective counsel, Zachary Malinski, Assistant United States Attorney, attorney for the UNITED STATES, and Rachelle Barbour, attorney for Defendant KARRIEM AZIZ GLASTER, that the following additional modification be entered by the Court to Mr. Glaster's pretrial release conditions.  Mr. Glaster was released this morning on the conditions imposed yesterday in Court.  The Pretrial Services Officer has conducted a home visit and brought an additional issue to the attention of Defense counsel.  Mr. Glaster's father, Willie Glaster, has a second "smart" TV in the home that is in his bedroom.  Rather than having Willie Glaster lock up the room, Pretrial Services has requested that the following additional modification be made to authorize that TV as well, so long as it is disconnected from the Internet and not used as a "smart" TV.

    The Defense has consulted with Pretrial Services and the Government in this matter.

    The parties propose that condition 19 include the following addition:

Modification of Pretrial Condition – Glaster    1

"The defendant's father is permitted to keep one additional smart TV in his bedroom, with the wi-fi disabled."

Pretrial Services has no objection to this request. There is no surety in this case other than Karriem Glaster. Mr. Glaster's mother is the third-party custodian, who was present in Court yesterday to be questioned by the Court. The parties submit this matter to the Court quickly to address information obtained just this afternoon. Should the Court require the mother's signature, Defense counsel will obtain that signature as soon as possible and file it in connection with this stipulation.

Date: October 29, 2025

                HEATHER E. WILLIAMS
                Federal Defender

                /s/ Rachelle Barbour
                RACHELLE BARBOUR
                Attorney for Defendant
                KARRIEM AZIZ GLASTER

Date: October 29, 2025        ERIC GRANT
                United States Attorney

                /s/ Zachary Malinski
                ZACHARY MALINSKI
                Assistant U.S. Attorney
                Attorney for the United States

O R D E R

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order and modifies condition 19 as set forth above.

Dated: October 29, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE