HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
KARRIEM AZIZ GLASTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>KARRIEM AZIZ GLASTER,<br><br>　　　　Defendant. | Case No: 2:25-mj-00145-SCR<br><br>STIPULATION AND ORDER TO VACATE PRELIMINARY HEARING DATE IN SACRAMENTO<br><br>Duty Magistrate Judge Hon. Carolyn K. Delaney |

IT IS HEREBY STIPULATED and requested by and between the parties through their respective counsel, Zachary Malinski, Assistant United States Attorney, attorney for the UNITED STATES, and Rachelle Barbour, attorney for Defendant KARRIEM AZIZ GLASTER, that the court date of Friday, November 7, 2025 at 2:00 p.m., currently set for a preliminary hearing, be vacated. Mr. Glaster was indicted in the Middle District of Florida, and a hearing date was set on November 13, 2025 at 2:30 p.m. in Orlando. There is no need for an additional hearing in this District, as Mr. Glaster will be arraigned in Florida.

Date: October 30, 2025

　　　　　　　　　　　　　　　　　　　　HEATHER E. WILLIAMS
　　　　　　　　　　　　　　　　　　　　Federal Defender

　　　　　　　　　　　　　　　　　　　　/s/ Rachelle Barbour
　　　　　　　　　　　　　　　　　　　　RACHELLE BARBOUR
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　KARRIEM AZIZ GLASTER

Date: October 30, 2025

ERIC GRANT
United States Attorney

/s/ Zachary Malinski
ZACHARY MALINSKI
Assistant U.S. Attorney
Attorney for the United States

O R D E R

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, vacates the pending preliminary hearing date as requested.

Dated: October 30, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE